RETURN DATE:

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

**In re:**  Case No. 25-41684-ess

Empire NJ Consulting LLC  Chapter:11


Debtor(s)

-------------------------------------------------------X


**EMERGENCY ORDER TO SHOW CAUSE**

Upon reading the Emergency Application in support of this Order to Show Cause by Robert M. Marx. Esq, counsel for the Debtor, affirmed on August 18, 2025, supporting exhibits, and upon all the pleadings and proceedings heretofore had herein, and upon the Court's inherent authority to enforce its orders and the provisions of Title 11 of the United States Code, and good cause having been alleged as to the willful and repeated violations of the automatic stay imposed by 11 U.S.C. § 362(a),

LET THE FOLLOWING RESPONDENTS APPEAR AND SHOW CAUSE before the Honorable Judge Elizabeth Stong, Bankruptcy Judge this Court, at Room _____, United States Bankruptcy Court, in Courtroom at United States Bankruptcy Court located at 271-C Cadman Plaza #1595 Brooklyn, NY,11201 on the _____ day of _____ , 2025, at _____ a.m./p.m., or as soon thereafter as counsel may be heard, why an order should not be entered against each Respondent as follows:

**A. 424 BROADWAY LLC**

1. Declaring that 424 Broadway LLC willfully violated the automatic stay imposed

pursuant to 11 U.S.C. § 362(a) by seizing and evicting the Debtor from the leased premises located at 424 Broadway, New York, NY;

2. Ordering 424 Broadway LLC to immediately return possession of the premises, reinstate all furniture, fixtures, and personal property to their original configuration, and cease further interference;

3. Awarding compensatory damages under § 362(k)(1), including costs and attorneys' fees;

4. Awarding punitive damages for harm to the Debtor's business reputation and goodwill.

**B.  833 MANHATTAN AVE LLC**

5. Declaring that 833 Manhattan Ave LLC willfully violated the automatic stay by seizing and evicting the Debtor from the leased premises located at 833 Manhattan Avenue, Brooklyn, NY;

6. Ordering 833 Manhattan Ave LLC to return possession of the premises, restore all property and items to their original condition, and cease further interference;

7. Awarding compensatory damages under § 362(k)(1), including costs and attorneys' fees;

8. Awarding punitive damages for harm to the Debtor's business reputation and goodwill.

**C.  BNN FULTON FLUSHING LLC**

9. Declaring that BNN Fulton Flushing LLC willfully violated the automatic stay by seizing and evicting the Debtor from the leased premises located at 446 Fulton Street, Brooklyn, NY;

10. Ordering BNN Fulton Flushing LLC to return possession of the premises, and restore all furniture, equipment, and inventory to the original layout and condition;

11. Awarding compensatory damages under § 362(k)(1), including costs and attorneys' fees;

12. Awarding punitive damages for willful misconduct and harm to the Debtor's goodwill.

### D.   MARSHAL ROBERT RENZULLI

13. Holding Marshal Robert Renzulli in contempt of court for willfully executing evictions at all three locations despite actual or constructive notice of the automatic stay;

14. Awarding punitive damages against Marshal Renzulli for serial and willful violations causing harm to the Debtor's business reputation, goodwill, and ongoing operations.

### E.   ATTORNEY AT LAW, ANDREW R. GOTTESMAN ("Counsel" for Landlords) and ROSENBERG & ESTIS, PC (Counsel's "Firm");

15. Holding Counsel and Firm in contempt of court for their role in facilitating the evictions at all three locations despite actual or constructive notice of the automatic stay, and ongoing litigation;

16. Awarding sanctions or other relief against Counsel and Firm for their role in violating the automatic stay.

### ADDITIONAL RELIEF

17. Directing all Respondents to return all property to the Debtor's estate and to restore each location to the pre-eviction status;

18. Granting such other and further relief as the Court deems just and proper.

### SERVICE AND RESPONSE:

Service of this Order and the annexed papers upon the above-named Respondents by

_____ on or before _____, 2025, shall be deemed good and sufficient service. Respondents shall file and serve opposition papers, if any, on or before _____, 2025.

Dated: August \_\_\_\_\_, 2025

                                                                                             _____
United States Bankruptcy Judge