UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

    EMPIRE NJ CONSULTING LLC,              Chapter 11
    *dba* EMPIRE CANNABIS CLUBS

                                                          Case No. 25-41684-ess

                                Debtor.
------------------------------------------------------------x

## ORDER SCHEDULING A CONFERENCE ON THE DEBTOR'S EMERGENCY APPLICATION IN SUPPORT OF AN ORDER TO SHOW CAUSE

**WHEREAS,** on April 7, 2025, Empire NJ Consulting LLC (the "Debtor") filed a petition for relief under Chapter 11 of the Bankruptcy Code; and

**WHEREAS,** on August 18, 2025, the Debtor filed an application (the "Application") for an order to show cause, to, in substance, declare that 424 Broadway, LLC (the "424 Broadway Landlord"), 833 Manhattan Ave, LLC (the "833 Manhattan Landlord"), BNN Fulton Flushing LLC (the "BNN Fulton Landlord"; together with 424 Broadway Landlord and 833 Manhattan Landlord, the "Landlords"), Marshall Robert Renzulli, and Andrew Gottesman the Landlords' counsel, violated the Debtor's automatic stay, and for other relief; and

**WHEREAS,** a case management conference in this case is presently scheduled for August 22, 2025, at 10:30 a.m.

**NOW, THEREFORE,** it is hereby

**ORDERED,** that the Court will hold an in-person conference on the Application, and the relief requested therein on August 22, 2025, at 10:30 a.m. (the "Conference"), before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

1

**ORDERED,** that opposition to the relief requested in the Application may be stated at the Conference, and a schedule for the filing of written opposition may be set at the Conference; and it is further

**ORDERED, that this Conference will be conducted in person. All participants, including attorneys, clients, and pro se parties, must register as follows:**

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl at least one business day before the scheduled Conference. To register, please provide your name, address, e-mail address, telephone number to be used on the Conference date, and if appropriate, the party that you represent.**

**Additional information about eCourt Appearances, including a tutorial on how to use the program, is available at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances.  In the event that you are not able to register online, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the Conference date.**



Dated: Brooklyn, New York
August 20, 2025

_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**Empire NJ Consulting LLC**
235 W 56th St
25E
NY, NY 10019
NEW YORK-NY

**Robert Marx**
Robert Marx, Attorney at Law
1019 Fort Salonga Road
Suite 10-134
Northport, NY 11768

**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

**NYC Marshal Robert Renzulli**
32 Broadway # 511,
New York, NY 10004

**Andrew R. Gottesman**
**John P. Amato, Jr.**
Rosenberg & Estis PC
733 3rd Ave,
New York, NY 10017