# Notice Recipients

District/Off: 0207−1          User: admin                    Date Created: 8/20/2025
Case: 1−25−41684−ess          Form ID: pdf000                Total: 5

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
aty     Andrew R. Gottesman     agottesman@rosenbergestis.com
aty     John P Amato, Jr     jamato@rosenbergestis.com
aty     Robert Marx     robertmarx@rmmarxlaw.com

    TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Empire NJ Consulting LLC     235 W 56th St     25E     NY, NY 10019

    TOTAL: 1