# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 8/20/2025 |
| Case: 1−25−41684−ess | Form ID: pdf000 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov

                                                                                                             TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
        NYC Marshal Robert Renzulli     32 Broadway # 511,     New York, NY 10004

                                                                                                             TOTAL: 1