# **EXHIBIT B**

**Check 0230**

Empire NJ Consulting LLC
1405 N Broad St
Hillside, NJ 07205

60-0880/0313

Date: 3-15-24

Pay to the Order of: BNN Fulton Flushing LLC    $50,000.xx/100

Fifty thousand and xx/100 —————— Dollars

Mid Penn Bank
349 Union Street
Millersburg, PA 17061

For: _____

Signed: Lenore Elfand

0230

---

**Check 0135**

Empire NJ Consulting LLC
1405 N Broad St
Hillside, NJ 07205

60-0880/0313

Date: 3-1-24

Pay to the Order of: BNN Fulton Flushing Clones LLC    $50,000.xx/100

Fifty thousand and xx/100 —————— Dollars

Mid Penn Bank
349 Union Street
Millersburg, PA 17061

For: _____

Signed: Lenore Elfand

0135

---

**Check 0144**

Empire NJ Consulting LLC
1405 N Broad St
Hillside, NJ 07205

60-0880/0313

Date: 3-7-24

Pay to the Order of: BNN Fulton Flushing LLC    $2085.xx/100

Two thousand eighty-five and xx/100 Dollars

Mid Penn Bank
349 Union Street
Millersburg, PA 17061

For: Gas/Water/Elec

Signed: Lenore Elfand

0144