**Robert M. Marx, Esq.**
*Attorney at Law*

November 3, 2025
<u>BY ECF AND EMAIL</u>
Hon. Elizabeth S. Stong

U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY  11201

Re:  *In re: Empire NJ Consulting d//b/a/Empire Cannabis Clubs*
   Case No. 25-41684-ess

Dear Judge Stong:

   This is my third letter since October 1st requesting a ruling about the violation of the automatic stay to prevent ongoing damage to the Debtor's property.  In the meantime, it appears that the 424 Broadway location has been rented.

   Instead of addressing this issue—or explaining why the Court has declined to address the issue—counsel for all parties received a request to move the November 17 hearing about the automatic stay to December 1.

   Ultimately, the court must rule that (1) there was a violation of the automatic stay and order corrective measures, or (2) there was no violation because the Landlord rightfully evicted the Debtor based on their own determination that the properties were not part of the Debtor's Estate.

   In your September 30th Order retaining jurisdiction to adjudicate the automatic stay violation, you ordered "that, if the Debtor elects not to pursue the Application, the Debtor may file a letter to that effect by November 10, 2025, and the November 17, 2025, hearing will be marked off the calendar."  If this is an indication that you would prefer that the parties settle, then please make that clear, as the Debtor is open to serious settlement proposals by the Landlords.

   If, however, there is no ruling by the Court or serious settlement negotiations, the Debtor will be forced to file a Writ of Mandamus to compel a ruling on the automatic stay before further damage is done to the Debtor's property.

   Thank you for your prompt attention to this matter.

              Respectfully submitted,

              Robert M. Marx, Esq.
              1019 Fort Salonga Road, Suite 10-134
              Northport, NY 11768
              Email: Robertmarx@rmmarxlaw.com
              Tel: 917-375-1909